UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07-2155 SC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | DEFENDANT CHAN LAI'S |
| v. | ) | REQUEST FOR EXTENSION |
| | ) | TO FILE ADDITIONAL |
| DENNIS CHAN LAI, | ) | <u>BRIEFING</u> |
| | ) | |
| Defendant. | ) | |
| | ) | |

In 1987 Defendant Dennis Chan Lai was indicted by a federal grand jury in San Francisco in a 40-count indictment charging him with possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1), conspiracy, in violation of 21 U.S.C. § 846, engaging in a continuing criminal enterprise, in violation of 21 U.S.C. § 848, interstate travel in aid of racketeering, in violation of 18 U.S.C. § 1952(a)(3), and possession of illegal weapons, in violation of 26 U.S.C. § 5861(d) and (i).  Case No. 87-0359 SC.  Chan Lai was subsequently found guilty by a jury on 38 of the 40 counts and sentenced by this Court to life imprisonment, followed consecutively by a 20-year sentence and a 10-year sentence, along with several sentences to be served concurrently.

Defendant's most recent collateral attack on his sentence was

filed on April 13, 2007.  The Government filed an Opposition and Defendant submitted a Reply.  Defendant, however, has subsequently filed papers indicating that because of various conditions at the prison where he is incarcerated, including extended periods of lock-down and the inability to access the prison law library, he has been unable to fully respond to the arguments raised by the Government in its Opposition.  In light of these conditions, Defendant has requested a 60-day extension to file supplemental briefing.

    The Court hereby GRANTS Defendant's request.  Defendant shall file any additional briefing by September 2, 2008.

IT IS SO ORDERED.

Dated: July 2, 2008

_____
UNITED STATES DISTRICT JUDGE