United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07-2155 SC |
| Plaintiff, | ) | CR-87-0359 SC |
| v. | ) | ORDER DENYING DEFENDANT'S MOTION FOR EXTENSION OF <u>FORTY DAYS</u> |
| DENNIS CHAN LAI, | ) | |
| Defendant. | ) | |

The present matter is before the Court on the Motion for Extension of Forty Days ("Motion") filed pro se by Defendant Dennis Chan Lai ("Defendant"). Case No. CR-87-0359, Docket No. 739. Defendant seeks an extension of time to file a motion for reconsideration of the Court's January 5, 2009, Order Denying Defendant's Motion to Vacate Sentence. <u>See</u> Case No. CR-87-0359, Docket No. 738; <u>see also</u> Case No. 07-2155, Docket No. 4. The Motion is DENIED.

    IT IS SO ORDERED.


    Dated: February 9, 2009

                                        _____
                                        UNITED STATES DISTRICT JUDGE