UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-2155 SC |
| Plaintiff, | CR-87-0359 SC |
| v. | ORDER DENYING DEFENDANT'S MOTION |
| DENNIS CHAN LAI, | FOR LEAVE TO FILE A MOTION FOR |
| Defendant. | <u>RECONSIDERATION</u> |

    The present matter is before the Court on the Motion for Reconsideration ("Motion") filed pro se by Defendant Dennis Chan Lai ("Defendant"). Case No. CR-87-0359, Docket No. 741. The Court treats the Motion as requesting leave to file a motion for reconsideration. <u>See</u> Civil L.R. 7-9(a). Defendant seeks leave to file a motion for reconsideration of the Court's Order Denying Defendant's Motion to Vacate Sentence ("Order"). <u>See</u> Case No. CR-87-0359, Docket No. 738; Case No. 07-2155, Docket No. 4.

    Defendant's Motion does not draw attention to a material difference in fact or law from that which was presented to the Court before entry of the Order. <u>See</u> Civil L.R. 7-9(b)(1). Defendant's Motion does not draw attention to new material facts or a change of law occurring after the time of the Order. <u>See</u> Civil L.R. 7-9(b)(2). Defendant's Motion does not show a manifest failure by the Court to consider material facts or dispositive

legal arguments.  See Civil L.R. 7-9(b)(3).  The Motion is DENIED.

    IT IS SO ORDERED.

    Dated: April 1, 2009

UNITED STATES DISTRICT JUDGE

-2-